(Rev. 5/1/13)

MAR 12 2019
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CALVIN L REDD**                           CASE NO. 3:19-CV-00231 SEC P

**VERSUS**                                  JUDGE DOUGHTY

**MIKE STONE ET AL**                        MAGISTRATE JUDGE HAYES

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. ' 1983**

I. **Previous Lawsuits**

   a. Have you begun any other lawsuit while incarcerated or detained in any facility?
      Yes ✓   No ☐

   b. If your answer to the preceding question is "Yes," provide the following information.

      1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

         United State Western District Court
         Shreveport Caddo parish

      2. Name the parties to the previous lawsuit(s):

         Plaintiffs: Calvin Redd
         Defendants: Sheriff Mike Stone, Warden Jim Tute, Vicky Reeve, Nurse

      3. Docket number(s): 3:19-CV 00162 Sec P

      4. Date(s) on which each lawsuit was filed: 03/1/19

      5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         Case still pending, Just filed.

   c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
      Yes ☐   No ✓

Page 1 of 4

(Rev. 5/1/13)

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.  a. Name of institution and address of current place of confinement:

Lincoln Parish Detention cntr. P.O. Box 2028 Ruston, La 71273

b. Is there a prison grievance procedure in this institution?
   Yes ☐   No ☑

   1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☐ No ☑

   If "Yes," what is the Administrative Remedy Procedure number?

   _____

   2. If you did not file an administrative grievance, explain why you have not done so.

   There's no administrative grievance system

   _____

   3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

   _____

   _____

   Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

   a. Name of Plaintiff: Calvin Rodd

Page **2** of **4**

(Rev. 5/1/13)

Address: P.O. Box 2028 Ruston, La 71223

b. Defendant, Mike Stone, Sheriff, is employed as Sheriff at Lincoln Parish Sheriff Dept. P.O. Box 924 Ruston, La 71273

Defendant, Jim Tute, warden, is employed as Warden at L.P.D.C P.O. Box 2028 Ruston, La 71273

Defendant, Police Jury Jurors, is employed as Jury at P.O. Box 924 Ruston, La 71273

Additional defendants: _____

IV. **Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

ON 01/29/19 Defendant suffered a fall from Top Bunk That alledgely causing him to have surgery on his left Jaw, which were broken, Bunks are illegally install, that sheriff Mike Stone and warden Jim Tute illegally broken the safety code to adding more beds over the capacity, which is around 120 or 130 beds Now This facility are housing atleast 280, with the estra beding that are 6 feet in the air, Defendant are 53 years of age with a finger he'd past surgery on, At Lincoln General Hosp, where doctor told him the finger would never grasp a hold again. therefore the beds have no side rails. Defendant had to have two of his wisdom tooth removed for this surgery.

*(Rev. 5/1/13)*

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

*In relief I wish to be compensated for punitive compensatory, pain and suffering, and normal damage, Monetary $100,000.00 dollars.*

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __13__ day of __March__, 20__19__.

_____        _Calvin J Robb_
Prisoner no. (Louisiana Department of        Signature of Plaintiff
Corrections or Federal Bureau of
Prisons